13

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# -BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
ENTERED

AUG 0 9 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOSE DOLORES MARTINEZ, | § | |
| Individually and On Behalf of the | § | |
| Estate of FELIX MARTINEZ, | § | |
| Deceased, and On Behalf of All Those | § | |
| Entitled to Recover for the Wrongful | § | |
| Death of FELIX MARTINEZ, | § | |
|     Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-049 |
| | § | |
| FORD MOTOR COMPANY; AURORA | § | |
| LOSOYA; and DAGOBERTO MORALES, | § | |
|     Defendants. | § | |

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Pending before this Court are Defendant Loyosa's and Defendant Morales' Motion to Dismiss pursuant to Fed. R. Civ. Pro. 12(b)(6). (Docket No. 6 & 7 respectively).

## FACTUAL SUMMARY

The cause of action in this case arises from an incident which occurred on March 31, 1998 in which the Plaintiff's decedent, Felix Martinez, crossed the median in his vehicle and ran into the vehicle in which Defendants Losoya and Morales were riding. Plaintiff alleges causes of action for negligence, strict liability, breach of warranty, misrepresentation, violations of the Texas Deceptive Trade Practices Act, and gross negligence.

## RECOMMENDATION

This Court previously submitted a Report and Recommendation dated August 7, 2000 (Docket No. 12) which recommended to the District Court that the Plaintiff's Motion for Remand

be denied because it found that the non-diverse Defendants Losoya and Morales were fraudulently joined due to the fact that the Plaintiff had no cause of action of against them.

Hence, Defendants Losoya and Morales should be dismissed from this case because this Court has found that no cause of action exists against them. Plaintiff shall be allowed to proceed in this matter against the remaining diverse defendant, Ford Motor Company.

IT IS therefore **RECOMMENDED** that Defendants' Motion to Dismiss be **GRANTED**.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within 10 days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. *Douglass v. United Services Automobile Association,* 79 F.3d 1415 (5th Cir. 1996).

DONE at Brownsville, Texas, this 8th day of August, 2000 .

                                     John Wm. Black
                                     United States Magistrate Judge