IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

| | |
|---|---|
| JOSE DOLORES MARTINEZ, Individually and On Behalf of the Estate of FELIX MARTINEZ, Deceased, and On Behalf of All Those Entitled to Recover for the Wrongful Death of FELIX MARTINEZ, Plaintiffs, VS. FORD MOTOR COMPANY; AURORA LOSOYA; and DAGOBERTO MORALES, Defendants. | § § § § § § § § § § § § § CIVIL ACTION NO. B-00-049 |

## ORDER

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of August 8, 2000 should be **ADOPTED**.

IT IS ORDERED that the Defendants' Motion to Dismiss be **GRANTED**.

DONE at Brownsville, Texas this 30th day of August, 2000.

Filemon B. Vela
United States District Court Judge