21

United States District Court
Southern District of Texas
ENTERED

SEP 11 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE DOLORES MARTINEZ, INDIVIDUALLY, AND ON BEHALF OF THE ESTATE OF FELIX MARTINEZ, DECEASED, AND ON BEHALF OF ALL THOSE ENTITLED TO RECOVER FOR THE WRONGFUL DEATH OF FELIX MARTINEZ | § § § § § § § § | CIVIL ACTION NO. B-00-049 |
| Plaintiff | § § | |
| VS. | § § | |
| FORD MOTOR COMPANY, AURORA LOYSOYA AND DAGBERTO MORALES | § § § | |
| Defendants | § | |

## ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO SERVE A SECOND SET OF INTERROGATORIES

On this day came to be considered Plaintiff's motion to serve Defendant Ford with a second set of interrogatories, and the Court, after having considered the Motion, finds that said motion is well taken, and should in all things be GRANTED.

IT IS THEREFORE, ORDERED, that Plaintiff's motion to serve the second set of interrogatories attached to Plaintiff's motion is GRANTED.

SIGNED this 8th day of SEPT 2000

_____
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

5