IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
RECEIVED FILED

JAN 18 2001

Michael N. Milby, Clerk of Court

| | |
|---|---|
| JOSE DOLORES MARTINEZ, Individually and On Behalf of the Estate of FELIX MARTINEZ, Deceased, and On Behalf of All Those Entitled to Recover for the Wrongful Death of FELIX MARTINEZ | * * * * * * * |
| VS. | * CIVIL ACTION NO. B-00-049 |
| FORD MOTOR COMPANY; AURORA LOSOYA; and DAGOBERTO MORALES | * * * * |

## JOINT MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, the Plaintiffs, Jose Dolores Martinez, Individually and On Behalf of the Estate of Felix Martinez, Deceased, and On Behalf of All Those Entitled to Recover for the Wrongful Death of Felix Martinez, in the above-entitled and numbered cause, appearing by and through their counsel of record, and file this their Joint Motion to Dismiss Plaintiffs causes of action against Defendant, FORD MOTOR COMPANY, with prejudice, for the reason that all matters of fact and things in controversy have been fully and finally compromised and settled by and between the Parties hereto.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs, Jose Dolores Martinez, Individually and On Behalf of the Estate of Felix Martinez, Deceased, and On Behalf of All Those Entitled to Recover for the Wrongful Death of Felix Martinez request that the Court enter an Order dismissing all claims against Defendant, FORD MOTOR COMPANY, with prejudice, with costs of court to be borne by each Party incurring such costs.

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
Jaime A. Saenz
State Bar No. 17514859
Federal I.D. No. 7630

*Joint Motion & Order of Dismissal*

Alison Kennamer
State Bar No. 11280400
Federal I.D. No. 12023
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
Telephone No.: (956) 542-7441
Telefax No.: (956) 541-2170

ATTORNEYS FOR DEFENDANT,
FORD MOTOR COMPANY AND
PORT CITY IMPORTS, INC.

By: /Robert L. Wyatt/
State Bar No.: 22094200
    Paula A. Wyatt
State Bar No.: 10541400
Federal I.D. No.: 19223
WYATT, WYATT & COWLEY
4825 Everhart Road
Corpus Christi, Texas 78411
Telephone No.: (361) 857-2727
Telefax No.: (361) 857-8783

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was served upon all counsel of record, to-wit:

> Robert L. Wyatt
> Paula A. Wyatt
> Christopher A. Bandas
> Wyatt, Wyatt & Cowley
> 4825 Everhart Road
> Corpus Christi, Texas 78411
> Attorneys for Plaintiff
>
> Francisco J. Zabarte
> Sanchez, Whittington, Janis & Zabarte, L.L.P.
> 100 North Expressway 83
> Brownsville, Texas 78521
> Attorneys for Defendant, Aurora Losoya
>
> Dagoberto Morales, Pro Se
> P.O. Box 432
> Santa Maria, Texas 78592
> Defendant

by certified mail, return receipt requested, facsimile transmission, and/or hand delivery, pursuant to the Federal Rules of Civil Procedure, on this the 28 day of December, 2000.

_____
JAIME A. SAENZ