23

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 2 5 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JOSE DOLORES MARTINEZ, Individually and On Behalf of the Estate of FELIX MARTINEZ, Deceased, and On Behalf of All Those Entitled to Recover for the Wrongful Death of FELIX MARTINEZ | * * * * * * |
| VS. | * CIVIL ACTION NO. B-00-049 |
| FORD MOTOR COMPANY; AURORA LOSOYA; and DAGOBERTO MORALES | * * * |

## ORDER OF DISMISSAL

BE IT REMEMBERED that on this 23RD day of JANUARY, 200_1_, came to be heard Plaintiffs, Jose Dolores Martinez, Individually and On Behalf of the Estate of Felix Martinez, Deceased, and On Behalf of All Those Entitled to Recover for the Wrongful Death of Felix Martinez and Defendant, FORD MOTOR COMPANY, filed a Joint Motion to Dismiss With Prejudice and the Court being fully advised, said the Motion should in all things be **GRANTED**. It is THEREFORE,

ORDERED, ADJUDGED AND DECREED by the Court that the causes of action of Plaintiffs, Jose Dolores Martinez, Individually and On Behalf of the Estate of Felix Martinez, Deceased, and On Behalf of All Those Entitled to Recover for the Wrongful Death of Felix Martinez against Defendant, FORD MOTOR COMPANY, be dismissed with prejudice, with costs of court to be borne by each Party incurring such costs.

SIGNED this the 23RD day of JANUARY, 200_1_.

_____
JUDGE PRESIDING

Copies to:
Dagoberto Morales
Jaime A. Saenz
Robert L. Wyatt
Francisco J. Zabarte

*Joint Motion & Order of Dismissal*                                       Page 4